MATT GONZALEZ (153486) mgonzalez@gonzalezleigh.com
G. WHITNEY LEIGH (153457) wleigh@gonzalezleigh.com
NIMA NAMI (183042) nnami@gonzalezleigh.com
BRYAN VERESCHAGIN (188608)
bvereschagin@gonzalezleigh.com
ENRIQUE PEARCE (236228) epearce@gonzalezleigh.com
GONZALEZ & LEIGH LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 217-3200
Facsimile: (415) 217-3201

Attorneys for Defendant TSU-CHANG LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ViCHIP CORPORATION,<br><br>                Plaintiffs,<br><br>v.<br><br>TSU-CHANG LEE,<br><br>                Defendant. | No. C-04-02914 PJH<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS**<br><br>Trial Date: None Set |

PLEASE TAKE NOTICE that Defendant Tsu-Chang Lee hereby substitutes Gonzalez & Leigh, LLP, 332 Pine Street, San Francisco, California 94104, (415) 217-3200 as his attorneys of record in the above-entitled action, in place and instead of McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto, CA 94304, (650) 813-5000.

Defendant Tsu Chang Lee consents to this substitution.

DATED: June 13, 2005

By:_____/s/_____
TSU CHANG LEE

1  McDermott, Will & Emory, LLP consents to this substitution.

2  DATED: June 13, 2005                    MCDERMOTT WILL & EMERY, LLP

                                           By: /s/ David L. Larson
                                              DAVID L. LARSON
                                              ROBERT J. BLANCH


8  Gonzalez & Leigh LLP accept this substitution.

9  DATED: June 13, 2005                    GONZALEZ & LEIGH, LLP

                                           By: /s/
                                              WHITNEY LEIGH



IT IS SO ORDERED
Judge Phyllis J. Hamilton