UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ViCHIP CORPORATION,

    Plaintiff,

    v.

TSU-CHANG LEE,

    Defendant.
_____/

No. C 04-2914 PJH

**ORDER ON MOTION TO EXTEND TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**

      Before the court is defendant's Motion to Modify Case Management and Pretrial Order to Extend Time to Oppose Motion for Summary Judgment. Defendant requests that the hearing on plaintiff's motion for summary judgment, currently scheduled for April 26, 2006, be continued for one week to allow defendant additional time to file an opposition to plaintiff's motion. In support of good cause, defendant has submitted a declaration stating that defendant's counsel "erroneously calendared" the opposition due date, and due to this error, counsel was unable to complete defendant's opposition papers.

      The court finds defendant's calendaring error insufficient to establish "good cause" for a continuance. Nonetheless, the court would prefer to decide a dispositive motion on a full set of carefully prepared papers. Accordingly, the court hereby GRANTS defendant's motion. Defendant's opposition brief is due no later than April 12, 2006, and plaintiff's reply brief is due no later than April 19, 2006. Due to the court's unavailability on May 3, however, the hearing date is continued until May 17, 2006.

**IT IS SO ORDERED.**

Dated: April 6, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge