UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ViCHIP CORPORATION,

    Plaintiff,                            No. C 04-2914 PJH

    v.                                    **ORDER**

TSU-CHANG LEE,

    Defendant.

_____/

       On Tuesday, July 11, 2006, the court notified the parties to the instant action that they were in violation of the court's standing order regarding the deadline for submission of pretrial filings. The parties were instructed to submit letters to the court explaining their violation. The court is now in receipt of those letters. In them, plaintiff requests that the deadline for pretrial filings be continued until after the settlement conference, currently scheduled for July 20, 2006.

       Preliminarily, the court notes that neither letter submitted by the parties establishes good cause for the parties' overdue pretrial filings. As such, the proper time for the parties to have requested an extension of the deadline for filing their pretrial papers was prior to passage of the deadline, rather than after the fact.

       Notwithstanding the above, the court reluctantly agrees to extend the time by which the parties must submit their pretrial findings, in order allow the parties to conduct the existing settlement conference. To that end, the parties shall submit all pretrial filings no later than Friday, **July 21, 2006.** Any opposition to any motion in limine shall be filed no later than Wednesday, **July 26, 2006**.

No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: July 14, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge